UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ESTEFAN MUSIC PUBLISHING INC**, *et al*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-05-1027 |
| **E INTERNATIONAL LLC**, *et al*, | § § § | |
| Defendants. | § § | |

## MEMORANDUM AND ORDER

Plaintiffs' request for time to respond to Defendants' proposed form of judgment is **GRANTED**. Plaintiffs will have until Tuesday, April 18, 2006 to file any briefings on this matter. The Court, on its own motion, finds that it would be inappropriate to award costs to Defendants in this case.

**IT IS SO ORDERED**.

**SIGNED** this 13th day of April, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT