UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESTEFAN MUSIC PUBLISHING, INC., EMOA MUSIC PUBLISHING, INC., SONY/ATV DISCOS MUSIC PUBLISHING LLC, UNIVERSAL MUSICA, INC., J & N PUBLISHING (A/K/A JUAN & NELSON PUBLISHING), NUEVA VENTURA MUSIC (VENTURA MUSIC GROUP) AND GAIRA BAY, INC., <br><br>Plaintiffs, <br><br>v. <br><br>E INTERNATIONAL L.L.C., FREDONIA ENTERPRISES, INC., ASSAD BOULOS AND ELVIA C. PARSONS, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br><br>H-05-1027 |

## FINAL JUDGMENT

On the 10th day of April, 2006, the above-captioned proceeding came on for trial. The Plaintiffs appeared by and through their attorneys of record, and the Defendants appeared in person and by and through their attorneys of record, and announced ready. The Court considered the pleadings, heard the evidence and arguments of counsel, and finds that judgment should be entered in favor of the Defendants and that Plaintiffs shall take nothing on their claims against Defendants.

It is ORDERED, ADJUDGED and DECREED that Plaintiffs Estefan Music Publishing, Inc., EMOA Music Publishing, Inc., Sony/ATV Discos Music Publishing, L.L.C., Universal Musica, Inc., J & N Publishing (a/k/a Juan & Nelson Publishing), Nueva Ventura Music

(Ventura Music Group) and Gaira Bay, Inc. take nothing from Defendants E International, L.L.C., Fredonia Enterprises, Inc., Assad Boulos and Elvia C. Parsons.

It is further ORDERED, ADJUDGED and DECREED that this case is dismissed with prejudice and each party shall bear their own attorneys' fees, expenses and court costs.

IT IS FURTHER ORDERED that all relief not expressly granted by this judgment is hereby denied.

IT IS FINALLY ORDERED that the case is hereby CLOSED.

IT IS SO ORDERED.

SIGNED this 18th day of April, 2006.

Keith P. Ellison
United States District Judge